479 A.2d 1144

Commonwealth v. Green, Appellant.
Petition for Allowance of Appeal
Denied Nov. 29, 1984.

Submitted November 28, 1983. Steven R. Geroff, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

Judgment of sentence affirmed.

479 A.2d 1144

Commonwealth v. Hanna, Appellant.

Submitted May 18, 1984. Stanley Wolowski, for appellant; Charles S. Hersh, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, OLSZEWSKI and ROBERTS, JJ.

The order is affirmed.